Application denied. Relator has an adequate remedy by appeal.

267 So.2d 729

**STATE of Louisiana ex rel. Herbert WILLIAMS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52908.

Oct. 31, 1972.

·Writ denied. The mandamus prayed for is. moot. The trial court has acted upon the application.

267 So.2d 729

**STATE of Louisiana ex rel. Arthur L. JOHNSON**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52907.

Oct. 31, 1972.

Writ refused. Considering the return of the trial judge that he has ruled on the petition for habeas corpus, this application is moot.

267 So.2d 729

**STATE of Louisiana ex rel. Billy Wayne SINCLAIR**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52918.

Oct. 31, 1972.

The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

BARHAM, J., concurs. The issue presented addresses itself to the Department of Corrections.